UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JANE DOE,

        Plaintiff,               Case No.  05-71735

v.                            District Marianne O.  Battani
                             Magistrate Judge R.  Steven Whalen

WARREN CONSOLIDATED SCHOOLS,
a Municipal Corporation, et al.,

        Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on July 5, 2006, the

Motion to Intervene [Doc. #34] is GRANTED IN PART AND DENIED IN PART, as

follows:

1.  As to the 11 defendants in Docket No. 06-11336, which is pending before

Judge Friedman, the motion to intervene is GRANTED.  However, these interveners shall

be permitted to intervene for the limited purpose of challenging or seeking modification

of the protective order entered in the present case.  This Order does not address the right

of the interveners to obtain discovery of material that is subject to the protective order.

2. As to Joel Vander Linden (referred to as the "citizen intervener"), the motion to

intervene is DENIED.  Non-similarly situated third parties do not have a general right of

access to or dissemination of protected discovery material generated in the course of a

lawsuit, either as a matter of constitutional, statutory, court rule-based, or common law.

As distinguished from court orders, opinions, and pleadings and exhibits filed with the

court, such material does not constitute a "public document," and is not part of the public

record.  Vander Linden may or may not have recourse through the Freedom of

Information Act, but he may not circumvent a FOIA action by seeking intervener's status

under Fed.R.Civ.P. 24(b).



S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  July 5, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on July 5, 2006.


S/Gina Wilson
Judicial Assistant